3:12CV487

# VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on* Thursday *the* 28th *day of* February, 2013.

Jeffrey S. Small, as Clerk of
the Circuit Court of the City
of Fredericksburg, Virginia,
Individually and on Behalf of
All Others Similarly Situated,                                    Plaintiff,

against        Record No. 130317

Federal National Mortgage
Association, a/k/a
FANNIE MAE, et al.,                                               Defendants.

Upon consideration of the order of certification entered by the United States District Court for the Eastern District of Virginia, this Court accepts the questions of law certified by the said United States District Court.

Oral argument is tentatively scheduled for the June 2013 session of this Court. The time for filing the designation of the parts of the record to be included in the appendix, the briefs, and the appendix shall run from the date of this order, pursuant to Rules 5:26 and 5:32. All briefs and other documents shall be filed in compliance with Rules 5:6 and 5:26 through 5:32.

A Copy,

Teste:

*Patricia L. Harrington*

Clerk

